# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SCOTT GURNEY, IN HIS
CAPACITY AS THE TRUSTEE OF
THE GURNEY FAMILY TRUST

NO.  2020 CW 1129

VERSUS

JOSH P. MCCOY

**FEB 1 8 2021**

---

In Re:   Josh P. McCoy, applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge,
No. 670818.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.** Once a judgment containing proper decretal language is rendered on the remaining issues of attorneys' fees and costs, the judgment herein will constitute a final and appealable judgment. In order for a judgment to be a final and appealable one, it must be precise, definite, and certain. It must also contain decretal language, and it must name the party in favor of whom the ruling is ordered, the party against whom the ruling is ordered, and the relief that is expressly granted or denied without reference to other documents in the record. The specific nature and amount of damages should be determinable from a judgment so that a third person is able to determine from a judgment the amount owed without reference to other documents. **Advanced Leveling & Concrete Solutions v. Lathan Company, Inc.,** 2017-1250 (La. App. 1st Cir. 12/20/18), 268 So.3d 1044, 1046 (en banc). Once a judgment with appropriate decretal language is issued by the district court, it will represent a final, appealable judgment, and defendant, Josh P. McCoy, will be entitled to file a motion for an appeal therefrom in accordance with applicable law.

VGW
JEW
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT